Hakim ABID; Allison Abid, Plaintiff—Appellees,

v.

QFA ROYALTIES LLC, Defendant—Appellant.

No. 07–1235.

United States Court of Appeals, Tenth Circuit.

Oct. 16, 2008.

Gregory Robert Stross, Denver, CO, Justin M. Klein, Marks & Klein, LLP, Red Bank, NJ, for Plaintiff–Appellees.

Leonard H. MacPhee, Perkins Coie, Denver, CO, Fredric A. Cohen, Cheng Cohen LLC, Chicago, IL, for Defendant–Appellant.

Before TACHA, HARTZ, and DeGIUSTI,* Circuit Judges.

## ORDER

DEANELL REECE TACHA, Circuit Judge.

This matter is before the court on the defendant-appellant's motion to dismiss its appeal regarding the preliminary injunction entered by the district court. This court agrees with the defendant that the appeal is now moot. Therefore, the appeal is DISMISSED, and this matter is REMANDED to the district court for determination of whether the injunction should be vacated. A copy of this order shall stand as the mandate of this court.